

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Mag. Case No. '07 MJ 8870 |
| Plaintiff, | ) COMPLAINT FOR VIOLATION OF: |
| v. | ) Title 8, U.S.C., Section 1324 (a) (2) (B) (iii) <br> ) Bringing In Illegal (Aliens's without |
| Miguel NOLASCO-Hernandez, | ) Presentation |
| Defendant. | ) |

The undersigned complainant, being duly sworn, states:

On or about October 22, 2007, within the Southern District of California, defendant Miguel NOLASCO-Hernandez, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, Jose Guadalupe PASCUAL-Gonzalez, Everardo PEREZ-Cristobal, and Ramiro GONZALEZ-Carreon had come to, entered and remained in the United States in violation of law, did bring in illegal aliens without presentation, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a) (2) (B) (iii)

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

Michael Mikuski
Senior Patrol Agent

SWORN TO BEFORE AND SUBSCRIBED IN MY PRESENCE THIS 24th DAY OF OCTOBER 2007.

PETER C. LEWIS
United States Magistrate Judge

Page 1

UNITED STATES OF AMERICA
v.
Miguel NOLASCO-Hernandez

## STATEMENT OF FACTS

The complainant states that this complaint is based upon statements in the investigative reports by the apprehending U.S. Border Patrol Agent (BPA) T. Reber, that on October 22, 2007, the defendant, was apprehended near Ocotillo, California, along with (18) eighteen other undocumented aliens from Mexico, in violation of law.

On October 22, 2007, Agent Reber encountered a group of (19) individuals near Ocotillo, California. Agent Reber identified himself as a United States Border Patrol Agent and questioned the group. It was determined that the group are all natives and citizens of Mexico, including one individual later identified as Miguel NOLASCO-Hernandez. NOLASCO and the others were arrested and transported to the El Centro Border Patrol Station for further processing.

At the station, BPA J. Vera recognized NOLASCO from previous apprehensions and post arrest interviews. In the past, BPA Vera has conducted interviews with NOLASCO and the subjects he was arrested with. NOLASCO has been previously been identified as a foot guide for several groups. BPA Vera has been keeping track of NOLASCO's apprehension history. NOLASCO has been apprehended 114 times in the past. NOLASCO was last deported through the Calexico, California on May 12, 2003.

NOLASCO was advised of his Miranda Rights by BPA Vera and witnessed by BPA D. Lopez-Castro. NOLASCO stated he understood his rights and was willing to speak with BPA Vera without an attorney present. During the interview, NOLASCO stated he is a citizen of Mexico illegally in the United States. NOLASCO stated he has not been deported from the United States. NOLASCO denied being a foot guide. NOLASCO stated he was walking to Indio, California where he was going to be picked up.

Material Witnesses Jose Guadalupe PASCUAL-Gonzalez, Everardo PEREZ-Cristobal, and Ramiro GONZALEZ-Carreon, stated they are citizens of Mexico illegally in the United States. PASCUAL, PEREZ, and GONZALEZ stated they made arrengements in Mexico to be

smuggled illegally into the United States. PASCUAL stated he did not know how much he was going to pay to be smuggled into the United States. PEREZ and GONZALEZ stated they were to pay $1,000 to $1,700 to be smuggled. PASCUAL, PEREZ, and GONZALEZ stated NOLASCO crossed with them illegally by walking across the United States/Mexico International border and was the one guiding and directing them.

PASCUAL, PEREZ, and GONZALEZ were shown a six-pack photo lineup. They all positively identified photo number four, NOLASCO, as the foot guide that smuggled them into the United States.

The complainant states that the names of the Material Witnesses are as follows:

| NAME | PLACE OF BIRTH |
| --- | --- |
| Jose Guadalupe PASCUAL-Gonzalez | Mexico |
| Everardo PEREZ-Cristobal | Mexico |
| Ramiro GONZALEZ-Carreon | Mexico |

Further, complainant states that Jose Guadalupe PASCUAL-Gonzalez, Everardo PEREZ-Cristobal, and Ramiro GONZALEZ-Carreon are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.