# UNITED STATES DISTRICT COURT

SOUTHERN   DISTRICT OF   CALIFORNIA

### APPEARANCE

Case Number:   07mj8870

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

MIGUEL NOLASCO-HERNANDEZ

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 10/29/2007 | /s/ ROBERT H. REXRODE |
| Date | Signature |
| | Robert H. Rexrode / Federal Defenders of SD   230024 |
| | Print Name   Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA  92101 |
| | City   State   Zip Code |
| | (619) 234-8467   (619) 687-2666 |
| | Phone Number   Fax Number |